Fred F. **ORELLANA**, Plaintiff–Appellant,

v.

S. **IRIZARY**; et al., Defendants–Appellees.

No. 14–16425.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.[*]

Filed March 27, 2015.

Fred F. Orellana, Tracy, CA, pro se.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FARRIS, WARDLAW, and · PAEZ, Circuit Judges.

### MEMORANDUM ***

Fred F. Orellana, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action without prejudice for failure to comply with a court order. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir. 1992). We affirm.

The district court did not abuse its discretion in dismissing Orellana's action after warning him that failure to file a second amended complaint would result in dismissal of his action, and providing him with ample time to do so. *See id.* at 1260–61 (although a harsh penalty, the district court's dismissal should not be disturbed unless there is a "definite and firm conviction that the court below committed a clear error of judgment in the conclusion it reached upon a weighing of the relevant factors." (citations and internal quotations omitted)).

Because we affirm on the basis of Orellana's failure to comply with a court order, we do not address Orellana's contentions concerning the merits of his claims.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.